**Nathaniel Lekai HART, Plaintiff–Appellant,**

**v.**

**Bobby SHEARIN, Defendant–Appellee.**

**No. 16-6235**

United States Court of Appeals, Fourth Circuit.

Submitted: October 14, 2016

Decided: October 25, 2016

Nathaniel Lekai Hart, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Lekai Hart appeals the district court's order granting Bobby Shearin's motion for summary judgment and denying relief on Hart's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hart v. Shearin, No. 1:14–cv–02477–GLR (D. Md. Jan. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED